PROB 12B
(7/93)

Report Date: March 9, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Reymundo Lucio          Case Number: 2:99CR00108-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 7/21/2000          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846 & 841(a)(1)          Date Supervision Commenced: 2/16/2006

Original Sentence: Prison - 77 Months; TSR - 48 Months          Date Supervision Expires: 2/15/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

22. You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

The offender was just released from custody on February 16, 2006. His urine and alcohol testing conditions need to be modified in compliance with 9th Circuit case law. In addition, the offender admitted to the probation officer on February 21, 2006, that he had used the prescription medication codeine without a prescription. The offender reported he obtained the codeine from another individual to use for the pain associated with losing a tooth. The offender was admonished for this violation behavior and warned that he may not take prescription medication without a prescription.

It is requested the Court take judicial notice of the indicated violation behavior and take no further action other than ordering the modifications of supervised release recommended. The offender has agreed to the modifications and has signed a waiver, which is enclosed for the Court's review.

Prob 12B
**Re: Lucio, Reymundo**
**March 9, 2006**
**Page 2**

by Respectfully submitted,

Kevin Crawford
U.S. Probation Officer
Date: March 9, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
F-u.s.[X] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

March 13, 2006
Date